IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )          8:04CV55
                              )
      v.                      )
                              )
MICHAEL L. HOUGH,             )       ORDER TO ISSUE WRIT OF
                              )       CONTINUING GARNISHMENT
            Defendant,        )
                              )
      v.                      )
                              )
LUEDER CONSTRUCTION COMPANY,  )
                              )
            Garnishee.        )
_____)
```

        This matter is before this Court on the Application For
Writ of Continuing Garnishment of the plaintiff, United States of
America (Filing No. 10), for an order to issue the Writ of
Continuing Garnishment against Lueder Construction Company, the
garnishee.  For good cause shown,

        IT IS ORDERED that the Clerk of the Court shall issue a
Writ of Continuing Garnishment against Lueder Construction
Company, whose address is 9999 J Street, Omaha, NE 68127.

        DATED this 14th day of May, 2009.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court